Prober & Raphael
A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
Downey Savings and Loan Association, F.A.
D.074-032

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 09-11214 |
| JAMES C. LANE AKA JAMES CAMERON LANE AND VALDETE M. LANE AKA VALDETE MENDES LANE, VALDETE MENDES MACRURY, VALDETE CAMARGO MACRURY, VALDETE CAMARGO MENDES, | CHAPTER 13 R.S. No. DRP – 533 Hearing- Date : 09/09/09 Time : 9:00 a.m. |
| Debtors. | Place : U.S. Bankruptcy Court 99 South E Street Santa Rosa, California Courtroom (bkcy) |

**CERTIFICATE OF SERVICE**

I, Danielle Seth-Hunter, declare that

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On September 14, 2009, I served the within Order on Motion for Relief from Automatic Stay on the interested parties in this action by placing true and correct copies in the United States Mail at Woodland Hills, California, addressed as follows:

[X] (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California.

[X] (By Mail [State]) I am readily familiar with Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[X] Executed on September 14, 2009, at Woodland Hills, California.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.


/s/ Danielle Seth-Hunter
Danielle Seth-Hunter

Case: 09-11214    Doc# 36    Filed: 09/14/09    Entered: 09/14/09 08:47:24    Page 2 of 3

CASE NO.: 09-11214
DEBTOR : JAMES C. LANE AND VALDETE M. LANE


INTERESTED PARTIES


James C. Lane
Valdete M. Lane
18 Saint James Court
Novato, CA 94947
Debtors

Daniel E. Sturm, Esquire
Law Offices of Daniel E. Sturm
4302 Redwood Hwy. #100
San Rafael, CA 94903
Attorney for Debtors

David Burchard
393 Vintage Park Drive, Suite 150
Foster City, CA 94404
Chapter 13 Trustee

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

Case: 09-11214   Doc# 36   Filed: 09/14/09   Entered: 09/14/09 08:47:24   Page 3 of 3