

**Signed: September 24, 2009**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

---

| | |
|---|---|
| Prober & Raphael, | |
| A Law Corporation | |
| Dean Prober, Esquire, #106207 | |
| Lee S. Raphael, Esquire, #180030 | |
| Cassandra J. Richey, Esquire #155721 | |
| David F. Makkabi, Esquire #249825 | |
| P.O. Box 4365 | |
| Woodland Hills, CA 91365-4365 | |
| (818) 227-0100 | |
| Attorneys for Secured Creditor | |
| Downey Savings and Loan | |
| Association, F.A. | |
| D.074-032 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re  ) Bk. No. 09-11214
JAMES C. LANE AKA JAMES CAMERON )
LANE AND VALDETE M. LANE AKA ) CHAPTER 13
VALDETE MENDES LANE, VALDETE )
MENDES MACRURY, VALDETE ) R.S. No. DRP – 533
CAMARGO MACRURY, VALDETE )
CAMARGO MENDES, ) ORDER FOR RELIEF FROM
) <u>AUTOMATIC STAY</u>
      Debtors. )
) Hearing-
) Date :   9/9/09
) Time :   9:00 a.m.
) Place :  U.S. Bankruptcy Court
)          99 South E Street
)          Santa Rosa, California
_____ )    Courtroom (bkcy)

      The Motion for Relief from Automatic Stay of Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on September 9, 2009 at 9:00 a.m. before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

-1-

| | |
|---|---|
| 1 | The Court after reviewing the pleadings and records, and after determining |
| 2 | that there is no opposition filed and GOOD CAUSE exists, makes the following Order: |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, effective |
| 4 | immediately, the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and |
| 5 | extinguished for all purposes as to Downey Savings and Loan Association, F.A., its assignees |
| 6 | and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or |
| 7 | successors in interest may proceed with foreclosure of the subject Property generally described as |
| 8 | **16 Orchard Way, Novato, California** pursuant to applicable statutory law, and thereafter |
| 9 | commence any action necessary to obtain complete possession thereof. |
| 10 | IT IS FURTHER ORDERED that the 4001(3)(a) 10-day stay is not waived. |
| 11 | |
| 12 | ** END OF ORDER** |